UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------x

JOSE LUIS GARCIA SANTOS,

                Petitioner,          **MEMORANDUM & ORDER**
                                      26-CV-1396 (EK)

                -against-

WILLIAM P. JOYCE, Field Office Director
of Enforcement and Removal Operations,
Immigration and Customs Enforcement et
al.,

                Respondents.

-----------------------------------x
ERIC KOMITEE, United States District Judge:

      Jose Luis Garcia Santos petitioned this Court for a
writ of habeas corpus pursuant to 28 U.S.C. § 2241.  ECF No. 1.
Garcia Santos indicated that he had been detained by ICE
pursuant to 8 U.S.C. § 1226(a).

      On March 11, 2026, this Court conditionally granted
the writ, directing the government to either afford Garcia
Santos a bond hearing by March 20 or release him.  *See* ECF No.
5.  On March 27, the government filed a status report indicating
that Garcia Santos was afforded a bond hearing and has been
released.  ECF No. 11.  The government noted that petitioner
moved to alter the conditions of his release in immigration
court, on the basis that "DHS imposed additional conditions of
release — including GPS monitoring and reporting requirements —

through the [order of release on recognizance], which were not referenced in the IJ's bond determination." *Id.* at 1.

Following the government's update, the Court ordered petitioner to show cause why the case should not be dismissed as moot. *See* Docket Entry dated Apr. 11, 2026. Petitioner replied, notifying the Court that DHS has appealed his bond decision to the Board of Immigration Appeals ("BIA"). ECF No. 12. Petitioner asks the Court to keep his case open because he may be re-detained unless the BIA dismisses DHS's appeal. *Id.* But petitioner cites no binding authority for the proposition that his habeas case must remain open while his bond determination is on appeal. Nor could he, given that he has already received the requested relief — an individualized bond determination. For those reasons, the Clerk of Court is directed to close this case.

SO ORDERED.

__/s/ Eric Komitee__
ERIC KOMITEE
United States District Judge

Dated:    May 6, 2026
          Brooklyn, New York